# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BIGGERS, BRUCE W | § | Case No. 08-70261 |
| BIGGERS, LAURA L | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 01/31/2008 . The undersigned trustee was appointed on 02/04/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      5,054.97

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 9.65 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 5,045.32 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6. The deadline for filing claims in this case was 03/16/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,255.50 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,255.50 , for a total compensation of $ 1,255.50 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/22/2010            By:/s/DANIEL M. DONAHUE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No: 08-70261  MLB  Judge: MANUEL BARBOSA
Case Name: BIGGERS, BRUCE W
BIGGERS, LAURA L
For Period Ending: 02/22/10

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 01/31/08 (f)
341(a) Meeting Date: 03/13/08
Claims Bar Date: 03/16/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11901 Deacon St., Rockton, IL | 232,300.00 | 0.00 | DA | 0.00 | FA |
| 2. 907 2nd Ave., Rockford, IL | 58,500.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. National City - checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. National City - savings | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Amcore - checking | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. 5/3 Bank - checking | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Heritage Federal CU - checking | 50.00 | 0.00 | DA | 0.00 | FA |
| 9. Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Wearing Apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12. IRA | 500.00 | 0.00 | DA | 0.00 | FA |
| 13. Crimson Ridge Associates, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Foreston Prairie Hill Subdivision, LLC | 500.00 | 0.00 | DA | 0.00 | FA |
| 15. 2002 Oldsmobile Bravada | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16. 2004 Chevrolet Impala | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 17. 1996 Jet Ski | 500.00 | 0.00 | DA | 0.00 | FA |
| 18. Computer | 300.00 | 0.00 | DA | 0.00 | FA |
| 19. 1994 Polaris snowmobile | 200.00 | 0.00 | DA | 0.00 | FA |
| 20. Income tax refund (u) | Unknown | 5,049.00 | | 5,049.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 5.97 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $306,450.00  $5,049.00  $5,054.97  $0.00
(Total Dollar Amount in Column 6)

LFORM1
UST Form 101-7-TFR (9/1/2009) (Page 3)

Ver: 15.06b

Page: 2
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:    08-70261    MLB    Judge: MANUEL BARBOSA    Trustee Name:    DANIEL M. DONAHUE
Case Name:  BIGGERS, BRUCE W                           Date Filed (f) or Converted (c):    01/31/08 (f)
            BIGGERS, LAURA L                           341(a) Meeting Date:                03/13/08
                                                       Claims Bar Date:                    03/16/09

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

.

Initial Projected Date of Final Report (TFR): 12/01/09    Current Projected Date of Final Report (TFR): 12/01/10

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-70261 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | BIGGERS, BRUCE W | Bank Name: | BANK OF AMERICA, N A |
|  | BIGGERS, LAURA L | Account Number / CD # | ******0085 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******7456 |  |  |
| For Period Ending | 03/08/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 04/22/08 | 20 | BRUCE AND LAURA BIGGERS | INCOME TAX REFUND | 1224-000 | 5,049.00 |  | 5,049.00 |
| 04/30/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.20 |  | 5,049.20 |
| 05/30/08 | 21 | BANK OF AMERICA, N A | Interest Rate 0.150 | 1270-000 | 0.64 |  | 5,049.84 |
| 06/04/08 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | CH. 7 BLANKET BOND - 6/1/08-6/1/09 | 2300-000 |  | 4.02 | 5,045.82 |
| 06/30/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.62 |  | 5,046.44 |
| 07/31/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.64 |  | 5,047.08 |
| 08/29/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.64 |  | 5,047.72 |
| 09/30/08 | 21 | BANK OF AMERICA, N A | Interest Rate 0.150 | 1270-000 | 0.62 |  | 5,048.34 |
| 10/31/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.49 |  | 5,048.83 |
| 11/28/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.41 |  | 5,049.24 |
| 12/31/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 |  | 5,049.50 |
| 01/30/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 |  | 5,049.54 |
| 02/27/09 | 21 | BANK OF AMERICA, N A | Interest Rate 0.010 | 1270-000 | 0.04 |  | 5,049.58 |
| 03/31/09 | 21 | BANK OF AMERICA, N A | Interest Rate 0.010 | 1270-000 | 0.04 |  | 5,049.62 |
| 04/30/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 |  | 5,049.73 |
| 05/29/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 |  | 5,049.85 |
| 06/23/09 | 001001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 |  | 5.63 | 5,044.22 |
| 06/30/09 | 21 | BANK OF AMERICA, N A | Interest Rate 0.030 | 1270-000 | 0.13 |  | 5,044.35 |
| 07/31/09 | 21 | BANK OF AMERICA, N A | Interest Rate 0.030 | 1270-000 | 0.13 |  | 5,044.48 |
| 08/31/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 |  | 5,044.61 |
| 09/30/09 | 21 | BANK OF AMERICA, N A | Interest Rate 0.030 | 1270-000 | 0.12 |  | 5,044.73 |
| 10/30/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 |  | 5,044.85 |
| 11/30/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 |  | 5,044.98 |
| 12/31/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 |  | 5,045.11 |
|  |  |  | Page Subtotals |  | 5,054.76 | 9.65 |  |

Ver 15.06b

LFORM24
UST Form 101-7-TFR (9/1/2009) (Page 5)

Case 08-70261   Doc 37   Filed 03/09/10   Entered 03/09/10 07:55:11   Desc Main
              Document      Page 6 of 13

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 08-70261 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BIGGERS, BRUCE W | Bank Name: | BANK OF AMERICA, N.A. |
|  | BIGGERS, LAURA L | Account Number / CD #: | *******0085 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7456 |  |  |
| For Period Ending: | 03/08/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 |  | 5,045.23 |
| 02/22/10 | 21 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 |  | 5,045.32 |
| 02/22/10 |  | Transfer to Acct #*******1596 | Final Posting Transfer | 9999-000 |  | 5,045.32 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS |  | 5,054.97 | 5,054.97 | 0.00 |
| Less: Bank Transfers/CD's |  | 0.00 | 5,045.32 |
| Subtotal |  | 5,054.97 | 9.65 |
| Less: Payments to Debtors |  |  | 0.00 |
| Net |  | 5,054.97 | 9.65 |

Page Subtotals    0.21    5,045.32

Ver: 15.06b

LFORM24
UST Form 101-7-TFR (9/1/2009) (Page 6)

Case 08-70261  Doc 37  Filed 03/09/10  Entered 03/09/10 07:55:11  Desc Main
Document  Page 7 of 13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No. | 08-70261 -MLB | Trustee Name: | DANIEL M DONAHUE |
|---|---|---|---|
| Case Name: | BIGGERS, BRUCE W | Bank Name: | BANK OF AMERICA, N A |
| | BIGGERS, LAURA L | Account Number / CD # | *******1596 GENERAL CHECKING |
| Taxpayer ID No: | *******7456 | | |
| For Period Ending | 03/08/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/22/10 | | Transfer from Acct #*******0085 | Transfer In From MMA Account | 9999-000 | 5,045.32 | | 5,045.32 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,045.32 | 0.00 | 5,045.32 |
| Less Bank Transfers/CD's | 5,045.32 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******0085 | 5,054.97 | 9.65 | 0.00 |
| GENERAL CHECKING - *******1596 | 0.00 | 0.00 | 5,045.32 |
| | 5,054.97 | 9.65 | 5,045.32 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    5,045.32    0.00

Ver 15.06b

LFORM24  UST Form 101-7-TFR (9/1/2009) (Page: 7)

## EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 08-70261 | | Page 1 | | Date: February 22, 2010 |
| Debtor Name: BIGGERS, BRUCE W | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $1,362.00 | $0.00 | $1,362.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $36.88 | $0.00 | $36.88 |
| 000001 070 7100-00 | Discover Bank/DFS Serivces LLC P.O. Box 3025 New Albany, OH 43054-3025 | Unsecured | | $5,478.91 | $0.00 | $5,478.91 |
| 000002 070 7100-00 | Discover Bank/DFS Serivces LLC P.O. Box 3025 New Albany, OH 43054-3025 | Unsecured | | $1,528.06 | $0.00 | $1,528.06 |
| 000003 070 7100-00 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145 | Unsecured | | $19,160.49 | $0.00 | $19,160.49 |
| 000004 070 7100-00 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | Unsecured | | $13,045.78 | $0.00 | $13,045.78 |
| 000005 070 7100-00 | Raymond Aumann c/o Attorney Stephen G. Balsley 6833 Stalter Drive Rockford, IL 61108 | Unsecured | | $90,000.00 | $0.00 | $90,000.00 |
| 000006 070 7100-00 | Fifth Third Bank Attn: Bankruptcy Department/MD#RSCB3E 1830 E Paris SE Grand Rapids MI 49546 | Unsecured | | $14,226.43 | $0.00 | $14,226.43 |
| 000007 070 7100-00 | Fifth Third Bank Attn: Bankruptcy Department/MD#RSCB3E 1830 E Paris SE Grand Rapids MI 49546 | Unsecured | | $11,533.02 | $0.00 | $11,533.02 |
| 000008 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $9,275.28 | $0.00 | $9,275.28 |
| 000009 070 7100-00 | First National Bank of Omaha 1620 Dodge St., Stop Code 3105 Omaha, NE 68197 | Unsecured | | $10,926.52 | $0.00 | $10,926.52 |
| 000010 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT | Unsecured | | $26,136.15 | $0.00 | $26,136.15 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-70261 | | Debtor Name: | BIGGERS, BRUCE W | | | |
|---|---|---|---|---|---|---|---|
| | | | | Page 2 | | Date: February 22, 2010 | |
| | | | | Claim Class Sequence | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $38,501.26 | $0.00 | $38,501.26 |
| 000012 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $21,579.48 | $0.00 | $21,579.48 |
| | Case Totals: | | | $262,790.26 | $0.00 | $262,790.26 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-70261
Case Name: BIGGERS, BRUCE W
BIGGERS, LAURA L
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 1,255.50 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 1,362.00 | $ 36.88 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

UST Form 101-7-TFR (9/1/2009) (Page: 7)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 261,391.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/DFS Serivces LLC | $ 5,478.91 | $ 50.12 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Discover Bank/DFS Serivces LLC | $ 1,528.06 | $ 13.98 |
| 000003 | CHASE BANK USA, NA | $ 19,160.49 | $ 175.26 |
| 000004 | eCAST Settlement Corporation assignee of | $ 13,045.78 | $ 119.33 |
| 000005 | Raymond Aumann | $ 90,000.00 | $ 823.23 |
| 000006 | Fifth Third Bank | $ 14,226.43 | $ 130.12 |
| 000007 | Fifth Third Bank | $ 11,533.02 | $ 105.49 |
| 000008 | American Express Centurion Bank | $ 9,275.28 | $ 84.84 |
| 000009 | First National Bank of Omaha | $ 10,926.52 | $ 99.94 |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 26,136.15 | $ 239.07 |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 38,501.26 | $ 352.17 |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 21,579.48 | $ 197.39 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.