**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| In re: | § | |
| --- | --- | --- |
| | § | |
| BIGGERS, BRUCE W | § | Case No. 08-70261 |
| BIGGERS, LAURA L | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/29/2010 in Courtroom 115,
                United States Courthouse
                211 South Court Street
                Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: /s/ Daniel M. Donahue_____
                                                                              Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BIGGERS, BRUCE W | § | Case No. 08-70261 |
| BIGGERS, LAURA L | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,054.97 |
| *and approved disbursements of* | $ | 9.65 |
| *leaving a balance on hand of*[1] | $ | 5,045.32 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 1,255.50 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 1,362.00 | $ 36.88 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|                  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                      | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 261,391.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/DFS Serivces LLC | $ 5,478.91 | $ 50.12 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Discover Bank/DFS Serivces LLC | $ 1,528.06 | $ 13.98 |
| 000003 | CHASE BANK USA, NA | $ 19,160.49 | $ 175.26 |
| 000004 | eCAST Settlement Corporation assignee of | $ 13,045.78 | $ 119.33 |
| 000005 | Raymond Aumann | $ 90,000.00 | $ 823.23 |
| 000006 | Fifth Third Bank | $ 14,226.43 | $ 130.12 |
| 000007 | Fifth Third Bank | $ 11,533.02 | $ 105.49 |
| 000008 | American Express Centurion Bank | $ 9,275.28 | $ 84.84 |
| 000009 | First National Bank of Omaha | $ 10,926.52 | $ 99.94 |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 26,136.15 | $ 239.07 |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 38,501.26 | $ 352.17 |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 21,579.48 | $ 197.39 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 2                   Date Rcvd: Mar 10, 2010
Case: 08-70261                Form ID: pdf006            Total Noticed: 37

The following entities were noticed by first class mail on Mar 12, 2010.
db           +Bruce W Biggers,    11901 Deacon Drive,    Rockton, IL 61072-9417
jdb          +Laura L Biggers,    11901 Deacon Drive,    Rockton, IL 61072-9417
aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty          +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1088
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
11914766     +Amcore Bank,    PO Box 358,    Beloit, WI 53512-0358
11914767      American Express,    PO Box 7871,    Fort Lauderdale, FL 33329
13586749      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11914768     +Bank of America,    1825 E. Buckeye Road,    Phoenix, AZ 85034-4216
13015291     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14350197      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
11914771     +Capital One,    11013 W. Broad St.,    Glen Allen, VA 23060-5937
11914772     +Chase,    201 N. Walnut St,    Wilmington, DE 19801-2920
11914773     +Chase Manhattan Mortgage,    3415 Vision Dr.,    Columbus, OH 43219-6009
11914774     +Citizens Finance,    PO Box 624,    Marlton, NJ 08053-0624
13606618      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
11914776    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    38 Fountain Square Place,    Cincinnati, OH 45202)
13543060     +Fifth Third Bank,    Attn: Bankruptcy Department/MD#RSCB3E,    1830 E Paris SE,
               Grand Rapids MI 49546-8803
11914778     +Fifth Third Bank,    3154 McFarland Rd,    Rockford, IL 61114-7412
13606187     +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
11914779     +First National Bank of Omaha,    1620 Dodge St,    Omaha, NE 68197-0002
11914780      GMAC Mortgage,    PO Box 780,    Waterloo, IA 50704-0780
11914781     +HSBC,    2980 Meade Ave Bldg A,    Las Vegas, NV 89102-0720
11914782     +Marcia Patton,    5606 Thunder Ridge Dr,    Rockford, IL 61107-1758
11914783     +Mauh-Nah-Tee-See Country Club,    5151 Guilford Rd,    Rockford, IL 61107-2499
11914784     +National City,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
13080694     +Raymond Aumann,    c/o Attorney Stephen G. Balsley,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11914785     +Raymond Aumann,    7124 N 2nd St,    Machesney Park, IL 61115-3710
11914786      Rockford Health Physicians,    Dept. CH 10862,    Palatine, IL 60055-0862
11914787     +Rockford Orthopedic Associates,    324 Roxbury Rd.,    Rockford, IL 61107-5090
11914788      Sports Illustrated,    PO Box 60200,    Tampa, FL 33660-0200
11914789      State Collection Service,    PO Box 6250,    Madison, WI 53716-0250
11914791     +UW Health Physicians,    PO Box 2978,    Milwaukee, WI 53201-2978
11914790     +University of Wisconsin,    635 Science Dr. Suite 200,    Madison, WI 53711-1099
13044675      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Mar 10, 2010.
11914775      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 11 2010 01:46:09     Discover,    PO Box 15316,
               Wilmington, DE 19850
13000832      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 11 2010 01:46:09
              Discover Bank/DFS Serivces LLC,    P.O. Box 3025,    New Albany, OH 43054-3025
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11914769*    +Bank of America,    1825 E. Buckeye Road,    Phoenix, AZ 85034-4216
11914770*    +Bank of America,    1825 E. Buckeye Road,    Phoenix, AZ 85034-4216
11914777*   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    38 Fountain Square Place,    Cincinnati, OH 45202)
13080697*    +Raymond Aumann,    c/o Attorney Stephen G. Balsley,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                               TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3           User: jshores              Page 2 of 2               Date Rcvd: Mar 10, 2010
Case: 08-70261                 Form ID: pdf006            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2010**            **Signature:**   *Joseph Speetjens*