UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BIGGERS, BRUCE W | § | Case No. 08-70261 |
| BIGGERS, LAURA L | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amcore Bank PO Box 358 Beloit, WI 53512 |  |  |  |  |  |
| Chase Manhattan Mortgage 3415 Vision Dr. Columbus, OH 43219 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC Mortgage PO Box 780 Waterloo, IA 50704-0780 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One 11013 W. Broad St. Glen Allen, VA 23060 | | | | | |
| Citizens Finance PO Box 624 Marlton, NJ 08053 | | | | | |
| Fifth Third Bank 3154 McFarland Rd Rockford, IL 61114 | | | | | |
| Mauh-Nah-Tee-See Country Club 5151 Guilford Rd Rockford, IL 61107 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| National City 1 National City Pkwy Kalamazoo, MI 49009 | | | | | |
| Rockford Health Physicians Dept. CH 10862 Palatine, IL 60055-0862 | | | | | |
| Rockford Orthopedic Associates 324 Roxbury Rd. Rockford, IL 61107 | | | | | |
| Sports Illustrated PO Box 60200 Tampa, FL 33660-0200 | | | | | |
| State Collection Service PO Box 6250 Madison, WI 53716-0250 | | | | | |
| UW Health Physicians PO Box 2978 Milwaukee, WI 53201 | | | | | |
| University of Wisconsin 635 Science Dr. Suite 200 Madison, WI 53711-1074 | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CHASE BANK USA, NA | | | | | |
| DISCOVER BANK/DFS SERIVCES LLC | | | | | |
| DISCOVER BANK/DFS SERIVCES LLC | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIFTH THIRD BANK | | | | | |
| FIFTH THIRD BANK | | | | | |
| FIRST NATIONAL BANK OF OMAHA | | | | | |
| RAYMOND AUMANN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-70261 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BIGGERS, BRUCE W | Date Filed (f) or Converted (c): | 01/31/08 (f) |
| | BIGGERS, LAURA L | 341(a) Meeting Date: | 03/13/08 |
| For Period Ending: | 06/10/10 | Claims Bar Date: | 03/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11901 Deacon St., Rockton, IL | 232,300.00 | 0.00 | DA | 0.00 | FA |
| 2. 907 2nd Ave., Rockford, IL | 58,500.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. National City - checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. National City - savings | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Amcore - checking | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. 5/3 Bank - checking | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Heritage Federal CU - checking | 50.00 | 0.00 | DA | 0.00 | FA |
| 9. Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Wearing Apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12. IRA | 500.00 | 0.00 | DA | 0.00 | FA |
| 13. Crimson Ridge Associates, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Foreston Prairie Hill Subdivision, LLC | 500.00 | 0.00 | DA | 0.00 | FA |
| 15. 2002 Oldsmobile Bravada | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16. 2004 Chevrolet Impala | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 17. 1996 Jet Ski | 500.00 | 0.00 | DA | 0.00 | FA |
| 18. Computer | 300.00 | 0.00 | DA | 0.00 | FA |
| 19. 1994 Polaris snowmobile | 200.00 | 0.00 | DA | 0.00 | FA |
| 20. Income tax refund (u) | Unknown | 5,049.00 | | 5,049.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 5.97 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $306,450.00     $5,049.00     $5,054.97     $0.00

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-70261   MLB   Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | BIGGERS, BRUCE W | Date Filed (f) or Converted (c): 01/31/08 (f) |
| | BIGGERS, LAURA L | 341(a) Meeting Date: 03/13/08 |
| | | Claims Bar Date: 03/16/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/09     Current Projected Date of Final Report (TFR): 12/01/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-70261 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BIGGERS, BRUCE W | Bank Name: | BANK OF AMERICA, N.A. |
| | BIGGERS, LAURA L | Account Number / CD #: | *******0085  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7456 | | |
| For Period Ending: | 06/10/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/22/08 | 20 | BRUCE AND LAURA BIGGERS | INCOME TAX REFUND | 1224-000 | 5,049.00 | | 5,049.00 |
| 04/30/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.20 | | 5,049.20 |
| 05/30/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.64 | | 5,049.84 |
| 06/04/08 | 001000 | INTERNATIONAL SURETIES, LTD. | CH. 7 BLANKET BOND - 6/1/08-6/1/09 | 2300-000 | | 4.02 | 5,045.82 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/30/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.62 | | 5,046.44 |
| 07/31/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.64 | | 5,047.08 |
| 08/29/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.64 | | 5,047.72 |
| 09/30/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.62 | | 5,048.34 |
| 10/31/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.49 | | 5,048.83 |
| 11/28/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.41 | | 5,049.24 |
| 12/31/08 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 5,049.50 |
| 01/30/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,049.54 |
| 02/27/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,049.58 |
| 03/31/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,049.62 |
| 04/30/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 5,049.73 |
| 05/29/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,049.85 |
| 06/23/09 | 001001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond | 2300-000 | | 5.63 | 5,044.22 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/30/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,044.35 |
| 07/31/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,044.48 |
| 08/31/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,044.61 |
| 09/30/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,044.73 |
| 10/30/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,044.85 |
| 11/30/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,044.98 |
| 12/31/09 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,045.11 |

Page Subtotals            5,054.76            9.65

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-70261 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BIGGERS, BRUCE W | Bank Name: | BANK OF AMERICA, N.A. |
| | BIGGERS, LAURA L | Account Number / CD #: | *******0085 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7456 | | |
| For Period Ending: | 06/10/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,045.23 |
| 02/22/10 | 21 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 5,045.32 |
| 02/22/10 | | Transfer to Acct #*******1596 | Final Posting Transfer | 9999-000 | | 5,045.32 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,054.97 | 5,054.97 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,045.32 | |
| Subtotal | 5,054.97 | 9.65 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,054.97 | 9.65 | |

Page Subtotals 0.21 5,045.32

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-70261 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | BIGGERS, BRUCE W | | Bank Name: | BANK OF AMERICA, N.A. |
| | BIGGERS, LAURA L | | Account Number / CD #: | *******1596 GENERAL CHECKING |
| Taxpayer ID No: | *******7456 | | | |
| For Period Ending: | 06/10/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/22/10 | | Transfer from Acct #*******0085 | Transfer In From MMA Account | 9999-000 | 5,045.32 | | 5,045.32 |
| 03/30/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,255.50 | 3,789.82 |
| 03/30/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,362.00 | 2,427.82 |
| 03/30/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 36.88 | 2,390.94 |
| 03/30/10 | 000103 | Discover Bank/DFS Serivces LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 0.9% | 7100-000 | | 50.12 | 2,340.82 |
| 03/30/10 | 000104 | Discover Bank/DFS Serivces LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 0.9% | 7100-000 | | 13.98 | 2,326.84 |
| 03/30/10 | 000105 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000003, Payment 0.9% | 7100-000 | | 175.26 | 2,151.58 |
| 03/30/10 | 000106 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000004, Payment 0.9% | 7100-000 | | 119.33 | 2,032.25 |
| 03/30/10 | 000107 | Raymond Aumann<br>c/o Attorney Stephen G. Balsley<br>6833 Stalter Drive<br>Rockford, IL 61108 | Claim 000005, Payment 0.9% | 7100-000 | | 823.23 | 1,209.02 |
| 03/30/10 | 000108 | Fifth Third Bank<br>Attn: Bankruptcy Department/MD#RSCB3E<br>1830 E Paris SE<br>Grand Rapids MI 49546 | Claim 000006, Payment 0.9% | 7100-000 | | 130.12 | 1,078.90 |
| 03/30/10 | 000109 | Fifth Third Bank<br>Attn: Bankruptcy Department/MD#RSCB3E | Claim 000007, Payment 0.9% | 7100-000 | | 105.49 | 973.41 |
| | | | Page Subtotals | | 5,045.32 | 4,071.91 | |

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-70261 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | BIGGERS, BRUCE W | | Bank Name: | BANK OF AMERICA, N.A. |
| | BIGGERS, LAURA L | | Account Number / CD #: | *******1596 GENERAL CHECKING |
| Taxpayer ID No: | *******7456 | | | |
| For Period Ending: | 06/10/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/10 | 000110 | 1830 E Paris SE<br>Grand Rapids MI 49546<br>American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000008, Payment 0.9% | 7100-000 | | 84.84 | 888.57 |
| 03/30/10 | 000111 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Claim 000009, Payment 0.9% | 7100-000 | | 99.94 | 788.63 |
| 03/30/10 | 000112 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000010, Payment 0.9% | 7100-000 | | 239.07 | 549.56 |
| 03/30/10 | 000113 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000011, Payment 0.9% | 7100-000 | | 352.17 | 197.39 |
| 03/30/10 | 000114 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000012, Payment 0.9% | 7100-000 | | 197.39 | 0.00 |
| | | | | Page Subtotals | 0.00 | 973.41 | |

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-70261 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | BIGGERS, BRUCE W | | Bank Name: | BANK OF AMERICA, N.A. |
| | BIGGERS, LAURA L | | Account Number / CD #: | *******1596 GENERAL CHECKING |
| Taxpayer ID No: | *******7456 | | | |
| For Period Ending: | 06/10/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,045.32 | 5,045.32 | 0.00 |
| Less: Bank Transfers/CD's | 5,045.32 | 0.00 | |
| Subtotal | 0.00 | 5,045.32 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,045.32 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********0085 | 5,054.97 | 9.65 | 0.00 |
| GENERAL CHECKING - ********1596 | 0.00 | 5,045.32 | 0.00 |
| | 5,054.97 | 5,054.97 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*